1 Rosemary Dady, SBN 190174
The Hawkins Center
2 101 Broadway, Suite 1
Richmond, California 94804
3 (510) 232-6611 (phone)
(510) 232-2271 (fax)
4
Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| PAMELA R. CHURCHILL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JO ANNE B. BARNHART, ) <br> Commissioner of Social Security, ) <br> Defendant. ) <br> ) <br> ) <br> _____ ) | CIVIL NO. 05-03554 JCS <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE MOTION FOR SUMMARY JUDGMENT** |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, pursuant to Civil L.R. 7-12, and subject to the approval of the Court, that plaintiff may have an extension of 30 days in which to file her Motion for Summary Judgment.[1] Plaintiff's Motion for Summary Judgment is now due on February 18, 2006.

//
//
//
//
//
//
//
//

---

1. See attached Declaration of Rosemary Dady on behalf of Pamela R. Churchill

1 | This is Plaintiff's first request for an extension.

5 | Dated: January 11, 2006                    /S/
6 |                                         ROSEMARY DADY
                                            Attorney for Plaintiff

10 | Dated: January 12, 2006                   /S/
                                            SARA WINSLOW
11 |                                         Assistant United States Attorney

13 | PURSUANT TO STIPULATION, IT IS SO ORDERED:

17 | Dated:    January 17, 2006         _____
                                        JOSEPH C. SPERO
18 |                                     United States Magistrate Judge