1   KEVIN V. RYAN, SBN 118321
    United States Attorney
2   JOANN M. SWANSON, 88143
    Assistant United States Attorney
3   Chief, Civil Division
    SARA WINSLOW, DCBN 457643
4   Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102
6    Telephone: (415) 436-7260
     Facsimile:  (415) 436-7169
7
8   Attorneys for Defendant

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11                SAN FRANCISCO DIVISION

12  PAMELA R. CHURCHILL,            )
                                    )
13          Plaintiff,              )  CIVIL NO.   05-03554 JCS
                                    )
14          v.                      )  STIPULATION AND ORDER EXTENDING
                                    )  DEFENDANT'S TIME TO FILE
15  JO ANNE B. BARNHART,            )  RESPONSE TO PLAINTIFF'S
    Commissioner of Social Security,)  MOTION FOR SUMMARY JUDGMENT
16                                  )
                                    )
17          Defendant.              )
    _____)

18          IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the

19  approval of the Court, that defendant Commissioner may have an extension of 30 days in which to

20  file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on

21  March 23, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on April 24, 2006.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

_____

[1]  See attached Declaration of Elizabeth Firer.

This is defendant's first request.

Dated: March 20, 2006                    /s/
                                         ROSEMARY DADY
                                         Attorney for Plaintiff


                                         KEVIN V. RYAN
                                         United States Attorney




Dated: March 20, 2006          By:       /s/
                                         SARA WINSLOW
                                         Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:




Dated:   March 21, 2006        _____
                                         JOSEPH C. SPERO
                                         United States Magistrate Judge


CHURCHILL, EXT.MXSJ (ef)
C 05-03554 JCS                    2